**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 302 MAL 2017 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the |
| | : | Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LETITIA DENISE SMALLWOOD, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 10th day of May, 2018, the Application to Dismiss Petition for Allowance of Appeal as Moot is **GRANTED**. The Petition for Allowance of Appeal is **DISMISSED**.